### D. S. ELIAS v. BOARD OF COMMISSIONERS OF BUNCOMBE COUNTY ET AL.

(Filed 18 May, 1932.)

**Injunctions H a—Where injunction is properly granted as to past matters and is modified as to future, damages may not be assessed against bond.**

Where on appeal from the granting of a temporary injunction it is held that the injunction was properly granted except as to one matter dealing with future transactions, and in this respect it is modified, a motion by a party defendant therein to assess damages against the injunction bond is properly denied.

APPEAL by defendant, Advocate Printing Company, from *MacRae, Special Judge,* at April Term, 1932, of BUNCOMBE.

STROWD v. WHITFIELD.

Motion by Advocate Printing Company to assess damages against injunction bond. Motion denied (1) on its merits (*Elias v. Commissioners,* 198 N. C., 733)', and (2) for the further reason that it is not in writing (*Cotton Oil Co. v. Grimes,* 183 N. C., 97).

Movant appeals, assigning errors.

*Jones & Ward for plaintiff.*
*Joseph · W. Little for defendant Printing Company.*

STACY, C. J. This case was considered at the Spring Term, 1930, and is reported in 198 N. C., 733. It was there held that the injunction was properly granted, save as to one provision dealing not with past transactions, but with future matters. Hence, the denial of the present motion was correct.

Affirmed.